**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01371 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **CHERI L. ROSS, et al** | : | PLAINTIFFS |
| | : | |
| v. | : | |
| | : | |
| **WYETH** | : | DEFENDANT |

**ORDER**

Pending is Defendant's Motion to Affirm Judgment of *Non Pros* Against Cheri and Brian Ross and Dismiss Their Late-Filed Complaint (Doc. No. 3). Plaintiff has not responded, and the time for doing so has passed. I also note that Plaintiffs' counsel has failed to comply with this Court's directives requiring all MDL counsel register for CM-ECF in the Eastern District of Arkansas.[1]

Because Plaintiff has not responded, Defendant's Motion to Affirm Judgment of *Non Pros* Against Cheri and Brian Ross and Dismiss Their Late-Filed Complaint (Doc. No. 3) is GRANTED. Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 18th day of July, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] See *In re Prempro*, 4:03-CV-1507 -- Doc. Nos. 743, 794, and 857.